ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-PO-00092-JDP |
| Plaintiff, | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE |
| v. | |
| GRACELIA M. PRITTING, | DATE: August 20, 2025<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:25-po-00092-JDP is GRANTED.

It is further ordered that the bench trial scheduled on August 20, 2025, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: August 15, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge